*In re* JUAN ORTIZ MARTÍNEZ.

*Número:* TS-10025 *Resuelto:* 4 de agosto de 2004

*Carmen H. Carlos,* directora de la Oficina de Inspección de Notarías; *Juan Ortiz Martínez,* peticionario.

Sala de Verano integrada por el JUEZ PRESIDENTE INTERINO SEÑOR REBOLLO LÓPEZ y los JUECES ASOCIADOS SEÑOR HERNÁNDEZ DENTON y SEÑOR CORRADA DEL RÍO.

## RESOLUCIÓN

Examinada la moción de reinstalación presentada por Juan Ortiz Martínez, y habiendo transcurrido el término de suspensión decretado mediante una opinión *per curiam* y sentencia de 6 de abril de 2004, se ordena la reinstalación de éste al ejercicio de la abogacía, efectiva el 16 de agosto de 2004.

La Directora de la Oficina de Inspección de Notarías tendrá un término de cuarenta y cinco días para informar a este Tribunal el estado de la obra notarial de Juan Ortiz Martínez.

*Publíquese.*

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.

(*Fdo.*) María I. Colón Falcón
*Subsecretaria del Tribunal Supremo*